**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FIFTH DIVISION**

| | | |
|---|---|---|
| C.H. ROBINSON COMPANY<br><br>Plaintiff,<br><br>v.<br><br>LEHMANN FARMS, INC.<br>n/k/a International Culinary Provisions, Inc.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 00-1335 JRT/RLE |

**ORDER**

This cause is before the Court on Plaintiff's Motion For Default Judgment Against Defendant Lehmann Farms, Inc. n/k/a International Culinary Provisions, Inc.. The Court finds that pursuant to Minn. Stats. §5.25 and §302A.901, the Secretary of State was served with the Summons and Complaint on June 28, 2000, and that thirty (30) days have passed since the Secretary of State issued the Summons and Complaint on Defendant. The Clerk entered Defendant's Default on August 14, 2000.

Further, the Court finds that the Defendant has failed to answer, respond or appear and, therefore, this Court renders Judgment by default in favor of the Plaintiff, and against Defendant.

Further, after reviewing evidence on the issue of damages, the Court finds in favor of the Plaintiff and against Defendant in the principal amount of $8,984.99.

Further, the Court finds that because Plaintiff's causes of action are for dissipation / misappropriation of trust assets and breach of fiduciary duty under the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §499 *et seq.*, wherein Plaintiff is a qualified and perfected PACA trust beneficiary, this Judgment is non-dischargeable in any subsequent bankruptcy proceeding pursuant to 11 U.S.C. §523(a).

FILED
JUDGMENT ENTD DEC 0 2 2000
DEPUTY CLERK

Judgment is, therefore, rendered in favor of Plaintiff C.H. Robinson Company and against Defendant Lehmann Farms, Inc. n/k/a International Culinary Provisions, Inc. in the principal amount of $8,984.99, together with the costs of this action, including attorneys' fees and pre- and post-judgment interest at the highest rate allowed by law, for which sums let execution issue.

IT IS SO ORDERED.

Dated: December 1, 2000

JOHN R. TUNHEIM
UNITED STATES DISTRICT JUDGE